Attorney(s): Gottlieb & Associates
INDEX #: 1:21-cv-04235-JMF
PURCHASED/FILED: May 11, 2021
STATE OF: NEW YORK
COURT: U. S. District
COUNTY/DISTRICT: Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Yony Sosa, on behalf of himself and all other persons similarly situated

Plaintiff(s)

against

Orchard Yarn and Thread Company Inc.

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**  Approx. Age: 45 Yrs.
Weight: 160 Lbs.  Height: 5' 10"  Sex: Female  Color of skin: White
Hair color: Blonde  Other: _____

_____**Sean Warner**_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **May 14, 2021**, at **12:40pm**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons in a Civil Action & Class Action Complaint**

on

**Orchard Yarn and Thread Company Inc.**

the Defendant in this action, by delivering to and leaving with _____**Amy Lesch**_____ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___$40___ dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306.**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

14th day of  May, 2021

_signature_
ROBERT GUYETTE
Notary Public State of New York
01GU6382699 RENSSELAER COUNTY
Commission Expires OCTOBER 29, 2022

_signature_
Sean Warner

Invoice·Work Order # 2115483
Attorney File # Sosa