UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

YONY SOSA, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY
SITUATED,

               Plaintiffs,

                   v.

ORCHARD YARN AND THREAD COMPANY INC.,

             Defendant.
----------------------------------------x

No.: 1:21-cv-4235

**PROOF OF NOTICE**

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2021, I served the foregoing: Your Honor's Order dated May 12, 2021 (Dkt. 6), and a copy of Your Honor's Individual Rules of Practice in Civil Cases, on all other parties in this action by way of electronic mail.

**GOTTLIEB & ASSOCIATES**

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*