UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YONY SOSA, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY
SITUATED,

    Plaintiff,

    v.

ORCHARD YARN AND THREAD COMPANY
INC.,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:21-cv-4235

ECF CASE

**STIPULATION OF DISMISSAL**

  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, YONY SOSA, and Defendant, ORCHARD YARN AND THREAD COMPANY INC., in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
   November 2, 2021

**GOTTLIEB & ASSOCIATES**

*/s/ Jeffrey M. Gottlieb*

Jeffrey M. Gottlieb, Esq., (JG-7905)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

*Attorneys for Plaintiff*

**MAVRONICOLAS LAW GROUP, PLLC**

*/s/*

Nicholas Richard Ranallo, Esq.
228 East 45th St., 6th Fl.
New York, NY 10017
Phone: 831.607.9229
Fax: 866.774.9005
nick@ranallolawoffice.com

*Attorney for Defendant*

The Clerk of Court is directed to close the case.

SO ORDERED.

November 4, 2021